GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail    : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANA SCRIVENS,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | No. CV 09-1029-MLG<br><br>JUDGMENT OF REMAND |

    The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: <u>September 23, 2009</u>

                                MARC L. GOLDMAN
                                UNITED STATES MAGISTRATE JUDGE

1 | Presented by:

2 | GEORGE S. CARDONA
    Acting United States Attorney
3 | LEON W. WEIDMAN
    Assistant United States Attorney
4 | Chief, Civil Division

5 |      /s/ Marcus M. Kerner
    _____
6 | MARCUS M. KERNER
    Assistant United States Attorney
7 |
    Attorneys for Defendant
8 |