1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

FILED

NOV 2 4 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY    STM                DEPUTY

8              UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  SHANA SCRIVENS,                    )    No.  CV 09-1029 MLG
11                                     )
          Plaintiff,                   )    7 [PROPOSED] ORDER AWARDING
12        v.                           )    EAJA FEES
13                                     )
    MICHAEL J. ASTRUE,                 )
14  Commissioner Of Social Security,   )
15                                     )
          Defendant.                   )
16                                     )
17  _____)

18
19        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20        IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
    awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21
    of TWO THOUSAND NINE HUNDRED DOLLARS and 00/cents ($2,900.00), as
22
23  authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced

24  Stipulation.

25        DATED: 1/24/09

26                                HON. MARC L. GOLDMAN
27                                UNITED STATES MAGISTRATE JUDGE
28

-1-